UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY DOWNS,

Petitioner,

v.

SACRAMENTO COUNTY SUPERIOR COURT,

Respondent.

No. 2:25-cv-3368 TLN CSK (HC)

ORDER

Petitioner has filed a motion for extension of time to respond to the August 13, 2026 order granting petitioner thirty days to show cause why this action should not be dismissed as duplicative of case no. 2:25-cv-3367 WBS AC or, in the alternative, to file a Notice of Voluntary Dismissal of the instant action.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's motion for extension of time (ECF No. 9) is granted.

2. Petitioner is granted thirty days from the date of this order to show cause why this action should not be dismissed as duplicative of case no. 2:25-cv-3367 WBS AC. In the alternative, petitioner is granted thirty days from the date of this order to file a Notice of Voluntary Dismissal of the instant action.

///

///

Dated: September 17, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Down3368.36/2